# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MONTRELL HILLARD                                           PLAINTIFF

v.                          No. 3:18-cv-174-DPM

KEVIN MOULDER and
BECKY HITTS                                               DEFENDANTS

## ORDER

Hillard hasn't paid the $400 filing and administrative fees or filed a complete application to proceed *in forma pauperis;* and the time to do so has passed. № 6. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2018