IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MONTRELL HILLARD                                               PLAINTIFF

v.                          No. 3:18-cv-174-DPM

KEVIN MOULDER and
BECKY HITTS                                                   DEFENDANTS

## JUDGMENT

Hillard's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2018